**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

    - against -

MJR1 CORP. d/b/a MAN OVERBOARD
BAR and SALVATORE FRANCIOSA,

        Defendants.

CASE NO.: 1:23-cv-01278-FB-MMH

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby requests the voluntary dismissal

of **ALL DEFENDANTS** from this action without prejudice.

Respectfully submitted,

Dated: September 12, 2023

BY: /s/ Jon D. Jekielek
Jon D. Jekielek, Esq.
Jekielek & Janis
31 Cloverhill Place, Floor 1
Montclair, NJ 07042
T: 212-686-7008
jon@jj-lawyers.com

Attorneys for Plaintiff